### MIDDLEBROOKS *et al. v.* MIDDLEBROOKS *et al.*

PER CURIAM. There was no error in sustaining the demurrer to the petition in this case.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*
FEBRUARY 25, 1915.

Equitable petition. Before Judge Daniel. Fayette superior court. September 24, 1913.

*J. F. Golightly* and *Lester C. Dickson,* for plaintiffs.

---

### IVEY *et al. v.* COWART *et al.*

PER CURIAM. There was no abuse of discretion in refusing to grant an interlocutory injunction in this case.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*
FEBRUARY 25, 1915.

Petition for injunction. Before Judge Cox. Calhoun superior court. May 9, 1914.

*H. M. Calhoun* and *Rambo & Wright,* for plaintiffs.
*B. W. Fortson* and *Pope & Bennet,* for defendants.